IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-05-84-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | **NUNC PRO TUNC** |
| RAYMOND SHACKLEFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has before it a Report and Recommendation filed by the United States

Magistrate Judge. (Docket No. 40). On January 31, 2006, Defendant Raymond Shackleford

appeared before the Magistrate Judge to enter a change of plea pursuant to a written plea

agreement. The Magistrate Judge conducted the plea hearing and concluded there is a factual

basis for Defendant's plea of guilty to Counts One and Two of the Second Superseding

Indictment (Docket No. 36), and that it was entered voluntarily and with full knowledge of the

consequences. No objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, has reviewed the pre-sentence report, and finds

that the requirements of Rule 11 have been met. *See United States v. Reyna-Tapia,* 328 F.3d

1114 (9th Cir. 2003). Specifically, the Court finds that the Magistrate Judge adhered to the

requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and

not the result of force or threats or promises apart from the plea agreement; and that a factual

basis for the plea exists. *See id.* Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation

**Order Adopting Report and Recommendation - 1**

(Docket No. 40) shall be, and the same is hereby, ADOPTED Nunc Pro Tunc as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Counts One and Two of the Second Superseding Indictment (Docket No. 36) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Raymond Shackleford is found to be GUILTY as to the crimes charged in Counts One and Two of the Second Superseding Indictment (Docket No. 36).

DATED:  September 15, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge
Sittng by Special Designation

**Order Adopting Report and Recommendation - 2**